ACCEPTED
04-15-00564-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/28/2015 11:18:41 AM
KEITH HOTTLE
CLERK

**04-15-00564-CV**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/28/2015 11:18:41 AM
KEITH E. HOTTLE
Clerk

# IN THE TEXAS COURT OF APPEALS FOR THE FOURTH DISTRICT SITTING IN SAN ANTONIO, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NORTH WHITEVILLE URGENT CARE & FAMILY PRACTICE, P.A., Appellant**

**vs.**

**UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY SERVICES, Appellee**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Appellant's Motion to Consolidate Cases

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WILLIAM M. NICHOLS, P.C.
William M. Nichols
State Bar No. 15006800
McAllister Plaza, suite 1250
9601 McAllister Freeway
San Antonio, Texas 78216-5150
Telephone: 210/340-8880
Facsimile: 210/340-8885
william@wmnlawsa.com
ATTORNEY FOR APPELLANT

## APPELLANT'S MOTION TO CONSOLIDATE CASES

COMES NOW Appellant and files this its Motion to Consolidate Cases as follows:

The identity of the Appellee, the bases of the claims brought in the trial court, the bases of the relief granted by the trial court, the identity of the trial court judge and the procedural history in this cause are virtually the same as those in Cause No. 04-15-00563-CV, *Holly Ridge United Healthcare, P.A.*, *Appellant vs. United Biologics, LLC d/b/a United Allergy Services, Appellee*. Additionally, the issues befiore this Court in both cases are absolutely identical.

Therefore, in the interests of judicial economy, Appellant requests that the two cases be consolidated, at least for purposes of submission.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant the relief sough in this Motion; and for all further relief, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

WILLIAM M. NICHOLS, P.C.
McAllister Plaza, Suite 1250
9601 McAllister Freeway
San Antonio, Texas 78216-5150
Telephone: 210/340-8880
Facsimile: 210/340-8885
william@wmnlawsa.com


By:   */s/ William M. Nichols*
William M. Nichols
State Bar No. 15006800
ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with adverse counsel, Mr. John Henry, but have not been advised whether Mr. Henry agrees with or opposes this Motion.

*/s/ William M. Nichols*
William M. Nichols

## CERTIFICATE OF SERVICE

I, William M. Nichols, do certify that a true and correct copy of the foregoing pleading was sent by email to Mr. John P. Henry, Law offices of John Henry, P.C., 407 West Liberty Street, Round Rock, Texas 78664 (jhenry@jhenrylaw.com) on this 28th day of October, 2015.

*/s/ William M. Nichols*
William M. Nichols